In the Matter of the Claim of WILFRED CESPEDES, Respondent, v. HERMAN & POTOK PAINTING Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.